■ THE PEOPLE OF THE STATE OF NEW YORK v. WAYNON W. BROWN et al. — Appellants' motions denied and motions of respondent granted and appeals dismissed. Memorandum: The orders denying separate trials are intermediate in character. It is well settled that the right of appeal in criminal cases is purely statutory, not a matter of constitutional right, **and that** juris-

diction cannot be assumed unless there is statutory authority for its exercise (*People* v. *Marra,* 13 N Y 2d 18; *Matter of Ryan* [*Hogan*], 306 N. Y. 11). Section 517 of the Code of Criminal Procedure provides that a defendant may appeal, as of right, from a judgment of conviction, upon which appeal any intermediate order which is a part of the judgment roll, such as the one before us, may then be reviewed. (Orders entered Feb. 25, 1964.)